B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern    District Of    Illinois

In re  Bruce D. Stein
       Delores D Stein,
       Debtor

Case No. 09-73468

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$74.75 by 9/21/09    Check one  ☐ With the filing of the petition, or
                                ☐ On or before _____

$74.75 on or before 10/21/09

$74.75 on or before 11/23/09

$74.75 on or before 12/21/09

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: AUG 21 2009

United States Bankruptcy Judge

## Certificate of Mailing

I hereby certify that on August 21, 2009, a copy of the Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee has been served upon the undersigned parties listed via First Class Mail.

*JANA A. BRACKETT*
Courtroom Deputy

Bruce D. Stein
610 S. -4th Drive
P. O. Box 135
Ashton, IL 61006

Delores D. Stein
4013 Wetzel Road
Liverpool, NY 13090